■ In the Matter of MICHELLE F. and Others, Infants. OsWEGO COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; MICHAEL F., Appellant. [720 NYS2d 878] —Appeal unanimously dismissed without costs. Memorandum: Contrary to the contention of respondent, the record establishes that he admitted that he violated the prior order of disposition and order of protection and that he consented to the proposed disposition. Thus, this appeal must be dismissed because respondent is not an aggrieved party (see, CPLR 5511; Matter of Justin L., 258 AD2d 934, 935; Matter of Cherilyn P., 192 AD2d 1084, lv denied 82 NY2d 652). Although respondent contends that the part of the order constituting the disposition deviates from the stipulation placed on the record, he "cannot be relieved from a stipulation * * * upon an appeal from the order entered pursuant to the stipulation" (Hopkins v Hopkins, 97 AD2d 457, 458). The proper remedy is a motion to vacate or resettle the order or a motion to set aside the stipulation (see, 10 Carmody-Wait 2d, NY Prac § 70:35, at 273-274; see also, Matter of Tina G., 242 AD2d 980; Hopkins v Hopkins, supra, at 458). (Appeal from Order of Oswego County Family Court, Roman, J.—Neglect.) Present—Pigott, Jr., P. J., Pine, Hurlbutt, Kehoe and Lawton, JJ.

■ In the Matter of COLLEEN R. JONES, Appellant, v ALEXANDER M. HOUCK, SR., Respondent. [720 NYS2d 878] —Order unanimously affirmed without costs. Memorandum: Family Court did not abuse its discretion in awarding primary placement of the child to respondent father. Contrary to petitioner mother's contention, the court properly weighed the appropriate factors affecting the best interests of the child (see, Eschbach v Eschbach, 56 NY2d 167, 172-173; Matter of Paul C. v Tracy C., 209 AD2d 955, 956), "and the change made to the preexisting custodial arrangement has a sound and substantial basis in the record" (Matter of Schimmel v Schimmel, 262 AD2d 990, 991, lv denied 93 NY2d 817). (Appeal from Order of Oneida County Family Court, Flemma, J.H.O.—Custody.) Present—Pigott, Jr., P. J., Pine, Hurlbutt, Kehoe and Lawton, JJ.

■ In the Matter of TIMOTHY M., JR., an Infant. ONEIDA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; TIMOTHY M., SR., Appellant. (Appeal No. 1.) [720 NYS2d 879] —Appeal unanimously dismissed without costs (see, Matter of Lisa E. [appeal No. 1], 207 AD2d 983). (Appeal from Order of Oneida County Family Court, Cook, J.—Abuse.) Present—Pigott, Jr., P. J., Pine, Hurlbutt, Kehoe and Lawton, JJ.